UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE JOHNSON,<br><br>      Plaintiff,<br><br>   v.<br><br>ALVIN PHONG,<br><br>      Defendant. | No. 2:24-cv-2377 SCR P<br><br><br>ORDER |

Plaintiff, a county jail inmate proceeding pro se, filed a complaint in this court on September 3, 2024. It appears from the face of the complaint that plaintiff intended to file it in state superior court. Plaintiff used the state court's form complaint, identifies state laws as the bases for his claims, and states that the relief sought is within the jurisdiction of the Sacramento County Superior Court. Plaintiff will be given the opportunity to voluntarily dismiss this case so that he can proceed in the appropriate state court or notifying this court that he wishes to proceed with this case in federal court.

Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, plaintiff shall file a notice that either (1) he is voluntarily dismissing the present case filed in federal court, or (2) he wishes to proceed with the present case in federal court. Plaintiff is

////

////

1

warned that if he fails to file a timely notice, this court will recommend this case be dismissed without prejudice.

DATED: September 8, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE