UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE JOHNSON, | No. 2:24-cv-2377 SCR P |
| Plaintiff, | |
| v. | ORDER |
| ALVIN PHONG, | |
| Defendant. | |

Plaintiff, a county jail inmate proceeding pro se, filed the present case on September 3, 2024. In an order filed September 10, 2024, the court noted that it appeared plaintiff intended to file this case in state court. (ECF No. 4.) Plaintiff was ordered to inform the court whether he wished to dismiss this case so that he could proceed in the appropriate court or whether he wished to proceed with the present case in federal court. Plaintiff has notified the court that he wishes to proceed with the present case. (ECF No. 6.)

Plaintiff has not paid the required filing fee of $350.00 plus the $55.00 administrative fee nor has he filed an application to proceed in forma pauperis. See 28 U.S.C. §§1914(a), 1915(a). Plaintiff is advised that even if he is granted leave to proceed in forma pauperis, he will still have to pay the $350.00 filing fee by deductions from his trust account.[1] Plaintiff will be granted thirty

---

[1] If plaintiff is granted leave to proceed in forma pauperis, he will not be required to pay the $55.00 administrative fee.

1

1  days to pay the filing fee in full or submit a properly completed application to proceed in forma
2  pauperis.
3      Plaintiff is cautioned that the in forma pauperis application form includes a section that
4  must be completed by a jail official, and the form must be accompanied by a copy of plaintiff's
5  trust account statement for the six-month period immediately preceding the filing of this action.
6      In accordance with the above, IT IS HEREBY ORDERED that:
7      1.  Plaintiff shall submit, within thirty days from the date of this order, either the $350.00
8  filing fee plus the $55.00 administrative fee or a properly completed application to proceed in
9  forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply
10 with this order or seek an extension of time to do so will result in dismissal of this action without
11 prejudice; and
12     2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma
13 Pauperis By a Prisoner for use in a civil rights action.
14 DATED: October 2, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2